IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR217 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **TORIANNO POPE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the unopposed Defendant's motion to continue sentencing (Filing No. 52).

IT IS ORDERED that the unopposed Defendant's motion to continue sentencing (Filing No. 52) is granted and the sentencing hearing currently scheduled for Monday, October 31, 2005, at 11:30 a.m., has been rescheduled to **Monday, November 7, 2005, at 11:30 a.m.**, before the Hon. Laurie Smith Camp, United States District Judge, in Courtroom #2, United States Courthouse, Omaha, Nebraska.

DATED this 20th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge